UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED
CLERK, U.S. DISTRICT COURT

6-1-2011

CENTRAL DISTRICT OF CALIFORNIA
BY:     TMD      DEPUTY
```

IN RE: AETNA, INC., OUT-OF-NETWORK UCR
RATES LITIGATION                                          MDL No. 2020

CV 11-2092-RSWL(PJWx)Sanjiv Goel MD v. Aetna Life Insurance Company et al.

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-5)**

On April 8, 2009, the Panel transferred 1 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 609 F.Supp.2d 1370 (J.P.M.L. 2009). Since that time, 5 additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Faith S Hochberg.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hochberg.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of April 8, 2009, and, with the consent of that court, assigned to the Honorable Faith S Hochberg.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Jeffery N. Lüthi*
Jeffery N. Lüthi
Clerk of the Panel

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 18, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
ATTEST
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By: _____
Deputy Clerk   6/1/11

IN RE: AETNA, INC., OUT-OF-NETWORK UCR RATES LITIGATION                                                      MDL No. 2020

## SCHEDULE CTO-5 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 11-02092 | Sanjiv Goel MD v. Aetna Life Insurance Company et al |
| CAC | 2 | 11-02470 | Orthopedic Specialists of Southern California v. Aetna Life Insurance Company et al |